(April 2, 1921.)

J. S. HATCHER and W. A. SNYDER, Copartners Doing Business Under the Firm Name and Style of HATCHER & SNYDER, Appellants, v. J. W. NEWMAN, Respondent.

[198 Pac. 684.]

APPEAL from the District Court of the Fourth Judicial District, for Lincoln County. Hon. James R. Bothwell, Judge.

Action for damages. Appeal from judgment for defendant. *Affirmed.*

Pierce, Critchlow & Barrette and W. G. Bissell, for Appellants.

Paul S. Haddock, J. G. Hedrick and Barlow Ferguson, for Respondent.

DUNN, J.—The questions involved in this case are identical with those of the case of *J. S. Hatcher and W. A. Snyder, Copartners Doing Business Under the Firm Name and Style of Hatcher & Snyder v. Barlow Ferguson, ante,* p. 639, 198 Pac. 680.

On the authority of that case the judgment is affirmed, with costs to the respondent.

Rice, C. J., and Budge and McCarthy, JJ., concur.

Lee, J., dissents.

Petition for rehearing denied.